UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARTHA A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-02024-RLY-TAB |
| | ) |
| KILOLO KIJAKAZI, Acting Commissioner of | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On September 21, 2021, the Magistrate Judge issued a Report and Recommendation, recommending that Plaintiff's request for remand be granted in order for the ALJ to create a logical bridge between the evidence and resulting RFC in relation to Plaintiff's moderate limitations in persistence, concentration, and pace. Neither party objects. Consequently, the court reviews the Report and Recommendation for clear error. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). After reviewing the record, the court finds that the Magistrate Judge did not commit clear error. Therefore, the court **ADOPTS** the Magistrate Judge's Report and Recommendation (Filing No. 16). Plaintiff's case is hereby **REMANDED** to the Commissioner for further proceedings pursuant to 42 U.S.C. § 405(g), sentence 4.

**SO ORDERED** this 6th day of October 2021.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1